JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
KATHERINE S. AGBAYANI (CA Bar No. 213812)
kagbayani@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., AN
ACQUIRER OF CERTAIN ASSETS AND
LIABILITIES OF WASHINGTON MUTUAL
BANK FROM THE FEDERAL DEPOSIT
INSURANCE CORPORATION ACTING
AS RECEIVER, erroneously sued as
J.P.MORGAN CHASE BANK, and CHASE
HOME FINANCE LLC, erroneously sued as
CHASE HOME FINANCIAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shan Peterson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Washington Mutual Bank and J.P.Morgan Chase Bank and Chase Home Financial,<br><br>　　　　Defendants. | CASE NO.: CV-10-1462 JCS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>[Local Rule 6-1(a)]<br><br>**Action Filed:** February 19, 2010 |

  Pursuant to Local Rule 6-1(a), defendants JPMorgan Chase Bank, N.A. ("JPMorgan"), an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation (FDIC") acting as Receiver, erroneously sued as J.P.Morgan Chase Bank, and Chase Home Finance LLC ("Chase" and collectively "Defendants"), erroneously sued as Chase

1
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1123125.1

Home Financial, and plaintiff Shan Peterson ("Plaintiff"), by and through their respective counsel, agree and stipulate as follows:

    1.    Plaintiff filed his Complaint in this action in state court on or about February 19, 2010. Defendants' counsel agreed to accept service of the Summons and Complaint by signing a Notice and Acknowledgment of Receipt of same on behalf of JPMorgan on March 16, 2010 and on behalf of Chase on March 31, 2010. This matter was removed to the United States District Court, Northern District on or about April 6, 2010.

    2.    Pursuant to Local Rule 6-1(a), the parties stipulate that Defendants shall have up to, and including, April 27, 2010, to respond to the Complaint filed in this action.

DATED: April 14, 2010

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By: /s/ Agbayani

JOHN M. SORICH
S. CHRISTOPHER YOO
KATHERINE S. AGBAYANI
Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION ACTING AS RECEIVER, erroneously sued as J.P.MORGAN CHASE BANK, and CHASE HOME FINANCE LLC, erroneously sued as CHASE HOME FINANCIAL

DATED: April 14, 2010

By: /s/ Edward J. LaBarre
EDWARD J. LABARRE
Attorneys for Plaintiff
SHAN PETERSON

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1123125.1

behalf of Chase on March 31, 2010. This matter was removed to the United States District Court, Northern District on or about April 6, 2010.

    2.    Pursuant to Local Rule 6-1(a), the parties stipulate that Defendants shall have up to, and including, April 27, 2010, to respond to the Complaint filed in this action.

DATED: April 14, 2010

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By:_____
JOHN M. SORICH
S. CHRISTOPHER YOO
KATHERINE S. AGBAYANI
Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION ACTING AS RECEIVER, erroneously sued as J.P.MORGAN CHASE BANK, and CHASE HOME FINANCE LLC, erroneously sued as CHASE HOME FINANCIAL

DATED: April 14, 2010

By: /s/ Edward J. LaBarre
EDWARD J. LABARRE
Attorneys for Plaintiff
SHAN PETERSON

Dated: April 15, 2010

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

2
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1121707.3

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE

*Shan Peterson v. Washington Mutual Bank and J.P.Morgan Chase Bank, et al.*
USDC Case No.: CV-10-1462 JCS

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

On April 14, 2010, I served the foregoing document described as **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** on the interested parties in this action.

[x] by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

[x] **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

[ ] **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

[ ] **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

[ ] **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

[x] (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on April 14, 2010, at Santa Ana, California.

*/s/ Cynthia Rosas*
Cynthia Rosas

1122701.1

PROOF OF SERVICE

## SERVICE LIST

*Shan Peterson v. Washington Mutual Bank and J.P.Morgan Chase Bank, et al.*
USDC Case No.: CV-10-1462 JCS

| | |
|---|---|
| Edward J. LaBarre, Esq.<br>3030 Bridgeway, Suite 219<br>Sausalito, CA 94965 | Telephone: (415) 246-6153<br><br>**Attorneys for Plaintiff** |

PROOF OF SERVICE

1122701.1