JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
KATHERINE S. AGBAYANI (CA Bar No. 213812)
kagbayani@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION ACTING AS RECEIVER, erroneously sued as J.P.MORGAN CHASE BANK, and CHASE HOME FINANCE LLC, erroneously sued as CHASE HOME FINANCIAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shan Peterson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Washington Mutual Bank and J.P.Morgan Chase Bank and Chase Home Financial,<br><br>　　　　Defendants. | CASE NO.: CV-10-1462 JCS<br><br>[PROPOSED] ORDER ON FIRST STIPULATION FOR ORDER REGARDING 7 DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>[Local Rule 6-1(a)]<br><br>Action Filed: February 19, 2010 |

## ORDER

GOOD CAUSE APPEARING, IT IS ORDERED THAT:

As a result of the stipulation between the parties to allow defendants JPMorgan Chase Bank, N.A. ("JPMorgan"), an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation (FDIC") acting as Receiver, erroneously sued as J.P. Morgan

1

1  Chase Bank, and Chase Home Finance LLC ("Chase" and collectively "Defendants"), erroneously
2  sued as Chase Home Financial seven (7) day extension of time to respond to the Complaint of
3  plaintiff Shan Peterson ("Plaintiff"). Defendant's response will now be due on May 4, 2010.
4
5  **IT IS SO ORDERED.**
6
7  DATED: 4/28/10
8  
   Joseph C. Spero
   UNITED STATES ~~DISTRICT~~ JUDGE
                                    MAGISTRATE

2

[PROPOSED] ORDER RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT

1125083.1

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

*Shan Peterson v. Washington Mutual Bank and J.P.Morgan Chase Bank, et al.*
USDC Case No.: CV-10-1462 JCS

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

**ON APRIL 27, 2010, I SERVED THE FOREGOING DOCUMENT DESCRIBED [PROPOSED] ORDER ON FIRST STIPULATION FOR ORDER REGARDING 7 DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT ON THE INTERESTED PARTIES IN THIS ACTION.**

[x] by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

[x] **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

[ ] **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

[ ] **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

[ ] **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

[x] (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on April 27, 2010, at Santa Ana, California.

_____
MICHELLE E AULT

---

1122701.1

PROOF OF SERVICE

## SERVICE LIST

*Shan Peterson v. Washington Mutual Bank and J.P. Morgan Chase Bank, et al.*
USDC Case No.: CV-10-1462 JCS

Edward J. LaBarre, Esq.  
3030 Bridgeway, Suite 219  
Sausalito, CA 94965

Telephone: (415) 246-6153

**Attorneys for Plaintiff**