UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAN PETERSON,

        Plaintiff(s),

    v.

WASHINGTON MUTUAL BANK, ET AL,

        Defendant(s).
_____/

No. C 10-01462 JCS

**ORDER SETTING HEARING ON MOTION TO DISMISS [Docket No. 16] and SETTING CASE MANAGEMENT CONFERENCE [Reassigned Case]**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The above-entitled matter having been reassigned to the Honorable Joseph C. Spero for trial and all further proceedings, IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss is set for hearing on **July 23, 2010, at 9:30 a.m.** The reply brief shall be filed and served no later than June 11, 2010. IT IS HEREBY FURTHER ORDERED, pursuant to Fed. R. Civ. P. 16 and Civil L.R.16-10, that a Case Management Conference shall be held in this case on **July 23, 2010, at 9:30 a.m.,** in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

    The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R.16-10. Pursuant to Civil L.R.16-3 and 16-9, the parties shall meet and confer and file a joint case management statement and proposed order no later July 16, 2010. If any party is proceeding without counsel, separate statements may be filed by each party.

    All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**JCS**." One copy shall be clearly marked as a <u>chambers</u> copy.

    IT IS SO ORDERED.

Dated: June 4, 2010

                                                    _____
                                                  JOSEPH C. SPERO
                                                  United States Magistrate Judge

United States District Court
For the Northern District of California